## Primary Information

| | |
|---|---|
| Description: | Review of CyberTips and Related Files |
| Occurrence From: | 01/29/2021 00:00 |
| Occurrence To: | 02/16/2021 00:00 |
| Reporting LEO: | Koehler, Aaron J (ICAC & Computer Crimes DCI / Wisconsin Division of Criminal Investigation) |
| Report Status: | Approved |
| Report Status Date: | 02/26/2021 |
| Approved By: | Mech, Joseph P (Wisconsin Division of Criminal Investigation) |

## Synopsis

Review of National Center for Missing and Exploited Children (NCMEC) CyberTipline reports (CTs) 79124044, 79124047, 79204577, 79315585 and related files.

## Address #1 - Subscriber Address #1 - 960 Mary Ln

**Primary Information**

Address: ▇▇▇▇, ▇▇▇ LOMIRA, Wisconsin 53048-9569 United States of America

## Subject #1 - Subject of Records #1 - BRAUN, PETER

**Primary Information**

| | |
|---|---|
| Subject Name: | BRAUN, PETER |
| Record Type: | Person |
| Bio: | Unknown, Unk |
| Juvenile: | No |

## Subject #2 - Subject of Interest #1 - peter.b640

**Primary Information**

| | |
|---|---|
| Subject Name: | peter.b640 |
| Record Type: | Screen Name |
| Bio: | Unknown, Unk |
| Juvenile: | No |

## Subject #3 - Subject of Interest #2 - x.rebel.trucker.x

**Primary Information**

| | |
|---|---|
| Subject Name: | x.rebel.trucker.x |
| Record Type: | Screen Name |
| Bio: | Unknown, Unk |
| Juvenile: | No |

## Telephones / E-Addresses

| Relationship | Number/E-Address |
|---|---|

## Telephones / E-Addresses - Continued

| Relationship | Number/E-Address |
|---|---|
| E-mail Address | charger692000@yahoo.com (e-mail address) |
| E-mail Address | wichargerguy@gmail.com (e-mail address) |
| IP or WEB Address | 24.240.98.219 (IP Address) |

## Property #1 - Optical Disc

**Primary Information**

| | |
|---|---|
| Property Class: | Evidence |
| Property Type: | Computer Media |
| Description: | Optical Disc |
| Property Status: | Inventory |
| Status Date: | 02/16/2021 |
| Quantity: | 1 |
| Submitted To: | Property & Evidence (20-8252/1.1) |
| Collected By: | Koehler, Aaron J |
| Collected Date/Time: | 01/29/2021 17:59 |

**Comments**

Optical disc contains National Center for Missing and Exploited Children (NCMEC) CyberTipline reports (CTs) 79124044, 79124047, 79204577, 79315585, related image files and administrative subpoena documents.

**Narrative begins on the following page.**

**Wisconsin Division of Criminal Investigation Case Report**
**Case/Report Number: 20-8252/1 Review of CyberTips and Related Files**

On Tuesday, January 12, 2021, Wisconsin Department of Justice-Division of Criminal Investigation (DCI) Special Agent (S/A) Aaron Koehler was assigned to investigate National Center for Missing and Exploited Children (NCMEC) CyberTipline reports (CT) 79124044, 79124047, 79204577 and 79315585. In January of 2021, S/A Koehler reviewed the CTs, along with the related case files under DCI case 20-8252 and made the following observations:

CTs 79124044, 79124047 and 79204577 were reported by the Electronic Service Provider (ESP) Microsoft for image files uploaded to Skype Photosharing between September 7 and 8, 2020.

CT 79315585 was reported by the ESP Google for an image file that was uploaded to Google Gmail infrastructure on September 8, 2020.

CT 79124044 reported that the image file 531445e5-d5a5-4e27-ab61-8628c55539cf.jpg was uploaded on September 7, 2020, at 23:24:02 UTC, from IP address 24.240.98.219 by the user peter.b640.

CT 79124047 reported that the image file dc7049b1-c3f3-4119-b151-ea3b29a5f5dc.jpg was uploaded on September 8, 2020, at 00:14:00 UTC, from IP address 24.240.98.219, by the user x.rebel.trucker.x.

Both reported images from CTs 79124044 and 79124047, appeared to be the same/visually similar and were described as follows:

The images depicted what appeared to be a pubescent adult female and prepubescent male child sitting in a bathtub. Both subjects were fully nude as they were seated next to each other on a ledge in the tub, as they faced the camera, smiling. The adult female had her right arm draped over the shoulders of the male child, while his left leg was on top of her right leg. The child was holding his penis with his right thumb and middle finger, while his left hand was in between the adult female's legs. The male child was small in stature, lacked muscular development and displayed no signs of puberty. In comparison, the female seated next to him, was considerably larger than the boy. The nude subjects depicted appeared to be the focal point of the images.

CT 79204577 reported that the image file f88ea3f6-090c-4fe7-b4b3-d80e6eed5908.jpg, was uploaded on September 8, 2020, at 09:46:46 UTC, from IP address 24.240.98.219, by the user x.rebel.trucker.x.

CT 79315585 reported that the image file with original filename pedomom-and-son.jpg ,was uploaded on September 8, 2020, at 14:30:40 UTC, from IP address 24.240.98.219, by the reported user account with the following associated information:

Name:   Pete B

Email Address:   wichargerguy@gmail.com (verified)

Page 1

*This document contains neither recommendations nor conclusions of the Division of Criminal Investigation. It is the property of this Division, and is loaned to your agency. Its contents are not to be distributed outside your agency.*

Email Address: charger962000@yahoo.com

Both reported images from CTs 79204577 and 79315585, appeared to be the same/visually similar and were described as follows:

The images depicted what appeared to be an adult female performing oral sex on the genitalia of a juvenile male. The male child was lying on his back, while nude from the waist down, as the adult female was bent over the child, with his penis in her mouth. The adult female was wearing a white bath robe, which was open in the front, exposing her left breast. The male depicted was small in stature, especially in comparison to the female in the image. The child showed very little to no muscular development, and no apparent signs of puberty around his genitals was observed. The adult female and male child appeared to be the focal point of the images.

As part of this investigation, DCI Program and Planning Analyst (PPA) Jessica Cattaneo requested an Administrative Subpoena be issued to Charter Communications regarding records related to the following upload IP addresses from the CTs:

24.240.98.219 on 09/07/2020 at 23:24:02 UTC
24.240.98.219 on 09/08/2020 at 00:14:00 UTC
24.240.98.219 on 09/08/2020 at 09:46:46 UTC
24.240.98.219 on 09/08/2020 at 14:30:40 UTC

On November 4, 2020, an Administrative Subpoena was issued for the account.
On November 5, 2020, PPA Cattaneo served the Administrative Subpoena to Charter.

On November 10, 2020, Charter provided the requested records, which indicated the following subscriber information:

PETER BRAUN


S/A Koehler created an optical disc containing the NCMEC CTs 79124044, 79124047, 79204577, 79315585 and related image files, which was entered into property on February 16, 2021, under item number 20-8252/1.1.

*This document contains neither recommendations nor conclusions of the Division of Criminal Investigation. It is the property of this Division, and is loaned to your agency. Its contents are not to be distributed outside your agency.*