UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

      *Plaintiff,*

      *vs.*                                  Case No. 24-cr-164

PETER BRAUN,

      *Defendant.*

**BRAUN'S REPLY: OBJECTION TO MAGISTRATE JUDGE'S RECOMMENDATION AND ORDER ON MOTION TO SUPPRESS**

Braun's motion and objection to Judge Duffin's Report and Recommendation are fully briefed. The government's response to Braun's objection offers no additional arguments not made to Judge Duffin. But Braun offers two brief points on the government's response to Braun's objection.

First, the government claims in a section titled "Factual Clarification" that Agent Koehler did not view Braun's files, but instead viewed hash matched files in a law enforcement database. The government made this same claim to Judge Duffin, who properly rejected it, stating: "The Government provides no support for its position that Koehler did not view Braun's copy of the images, which is inconsistent with the record and with the operation of CyberTips." Dkt. 38 at 9. The government continues to offer no support for this proposition and the Court should follow Judge Duffin and reject it.

*Federal Defender Services*
*of Wisconsin, Inc.*

Second, the government argues that the fact that Agent Koehler eventually sought a search warrant underscores the presence good faith. But the good faith doctrine does not allow a latter search completed with a warrant to justify an earlier warrantless and unlawful search. The focus here is on the warrantless search. If it was unlawful, the "evidence discovered pursuant to a warrant will be inadmissible if the warrant was secured from a judicial officer through the use of illegally acquired information." *United States v. Oakley*, 944 F.2d 384, 386 (7th Cir. 1991). Here, the government does not dispute that the balance of the warrant failed to establish probable cause. Thus, if Koehler's inspection of Braun's files was unlawful, the information he obtained must be removed from the affidavit. Absent that information, the affidavit would be invalid.

Dated at Milwaukee, Wisconsin, this 12th day of May, 2025.

Respectfully submitted,

*/s/ Joshua D. Uller*
Joshua D. Uller, WI Bar #1055173
Federal Defender Services
　of Wisconsin, Inc.
411 E. Wisconsin Avenue – Suite 2310
Milwaukee, WI  53202
Tel.  (414) 221-9900
Email:  joshua_uller@fd.org

*Counsel for Defendant,* Peter Braun