UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,                      Case No. 24-CR-164

v.

PETER J. BRAUN,

        Defendant.

## GOVERNMENT'S SUPPLEMENTAL RESPONSE

The United States of America, by and through its attorneys, Richard G. Frohling, Acting United States Attorney, Megan J. Thomas, Assistant United States Attorney, and William G. Clayman, Trial Attorney for the United States Department of Justice, respectfully submits this supplemental response to the defendant's objections to Magistrate Judge Duffin's Report and Recommendation in advance of the evidentiary hearing scheduled for July 31, 2025.

After receiving the parties' briefing in response to the Report and Recommendation, the Court scheduled an evidentiary hearing to resolve a factual dispute over whether the agent who received the NCMEC CyberTipline reports in this case viewed the defendant's images or images from a law-enforcement database. ECF No. 54 at 5-7. While preparing for this hearing, undersigned counsel learned that the government's representation that Special Agent Koehler viewed images from a law-enforcement database was based on a miscommunication and wanted to bring this information to the Court's attention as soon as possible. Based on subsequent conversations with Special Agent Koehler, the government now understands that he viewed only images that were contained in the NCMEC CyberTipline reports.

The government regrets this inadvertent error and any inconvenience that it has caused to the Court and opposing counsel. The government maintains, however, that the Court should deny the defendant's motion to suppress for the other reasons articulated in its previous filings. *See* ECF Nos. 27 & 46. Further, in light of this acknowledgment, the government believes that there is no longer a material factual dispute necessitating the scheduled evidentiary hearing and submits that the Court can resolve the pending motion on the papers.

Dated at Milwaukee, Wisconsin, this 21st day of July, 2025.

        Respectfully submitted,

        RICHARD FROHLING
        Acting United States Attorney

By:
        /s/ *Megan J. Thomas*
        Megan J. Thomas
        Assistant United States Attorney

        William G. Clayman
        Trial Attorney